**Order entered December 5, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-01340-CR**
**No. 05-17-01341-CR**

**CHARLES RAY WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-75623-I, F14-75616-I**

## ORDER

Before the Court are appellant's pro se November 22, 2017 "motion indigent" and "motion for attorney request," November 27, 2017 "motion for appeal," November 29, 2017 "motion for appeal," and November 30, 2017 "motion of writs of errors." We **DENY** appellant's motions.

We **ORDER** the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in these appeals. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeals. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall determine whether appellant will retain counsel to

represent him in the appeals and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a record of the hearing, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeals to allow the trial court to comply with this order. The appeals will be reinstated **THIRTY DAYS** from the date of this order or when the findings are received, whichever is earlier.

/s/    LANA MYERS
       JUSTICE